# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2013

144643 & (16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND HENLEY,
      Defendant-Appellant.

SC: 144643
COA: 306817
Wayne CC: 10-009263-FC

_____/

      By order of October 26, 2012, the prosecuting attorney was directed to answer the application for leave to appeal the December 21, 2011 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2013 _____

_____
Clerk

h0116